# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| AUDREY TURNER, et al.,<br><br>                Plaintiff,<br>vs.<br><br>NORTHERN MONTANA HOSPITAL, a Montana Nonprofit Corporation, et al.,<br><br>                Defendants. | CV-17-141-GF-BMM<br><br>**ORDER** |

Defendant, St. Peter's Health has moved for an order allowing Michael J. Miller, Esq. and Kathleen J. Abke, Esq. (Doc. 11 and 12) to appear *pro hac vice* in this case with David M. McLean of McLean & Associates, PLLC, designated as local counsel. The applications of Mr. Miller and Ms. Abke appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant's motions to allow Mr. Miller and Ms. Abke to appear on its behalf (Docs.11 and 12) are GRANTED, subject to the following conditions:

    1.    Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

    2.    Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Miller and Ms. Abke must each do his or her own work. Each must do his or her own writing, sign his or her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Miller and Ms. Abke.

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his or her admission under the terms set forth above.

DATED this 30th day of April, 2018.

Brian Morris
United States District Court Judge