

# HEALTH QUARTERLY STATEMENT
### As of March 31, 2012
of the Condition and Affairs of the
# BLUE CROSS BLUE SHIELD OF MONTANA

| | | |
|---|---|---|
| NAIC Group Code..... , (Current Period) (Prior Period) | NAIC Company Code..... 53686 | Employer's ID Number..... 81-0216685 |
| Organized under the Laws of Montana | State of Domicile or Port of Entry Montana | Country of Domicile US |
| Licensed as Business Type Other | Is HMO Federally Qualified? Yes [ ] No [ X ] | |
| Incorporated/Organized..... January 25, 1946 | Commenced Business..... January 25, 1946 | |

| | | |
|---|---|---|
| Statutory Home Office | 560 NORTH PARK AVE..... HELENA ..... MT ..... 59601 (Street and Number) (City or Town, State and Zip Code) | |
| Main Administrative Office | 404 FULLER AVE..... HELENA ..... MT ..... 59601 (Street and Number) (City or Town, State and Zip Code) | 406-437-5000 (Area Code) (Telephone Number) |
| Mail Address | PO BOX 4309..... HELENA ..... MT ..... 59604 (Street and Number or P.O. Box) (City or Town, State and Zip Code) | |
| Primary Location of Books and Records | 404 FULLER AVE..... HELENA ..... MT ..... 59601 (Street and Number) (City or Town, State and Zip Code) | 406-437-5700 (Area Code) (Telephone Number) |
| Internet Web Site Address | www.bcbsmt.com | |
| Statutory Statement Contact | Cyndee A Moe (Name) Cyndee_Moe@bcbsmt.com (E-Mail Address) | 406-437-5751 (Area Code) (Telephone Number) (Extension) 406-442-6941 (Fax Number) |

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| 1. MICHAEL EUGENE FRANK | President & CEO | 2. MARK ANDREW BURZYNSKI | Treasurer & CFO |
| 3. FRED CARTER OLSON M.D. | EVP Internal Operations & Chief Medical Officer | 4. | |

## OTHER

| | | | |
|---|---|---|---|
| MARY ELLEN BELCHER | Corporate Secretary & General Counsel | PATRICK WING HONG LAW | Chief Information Officer |
| LINDA MELANIE GANNO | Chief Operations Officer | DEBRA MARIE THOMPSON | Senior Director Corporate Affairs and Compliance Officer |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| LANE WILLIAM BASSO | TERRY BYRON COSGROVE | DEAN EDWARD FOLKVORD | NORA CHESTNUTT GERRITY M.D. |
| LARRY DEANE GIANCHETTA | CHASE TYLER HIBBARD | JERRY EDWARD LUSK | MICHAEL EUGENE FRANK |
| PAUL FRANCIS GRMOLJEZ M.D. | LARRY ALAN VIANO | RANDALL J OLSON M.D. | FAYE HANSON WARREN |
| JEFFREY DALE FEE # | | | |

State of........ Montana
County of..... Lewis and Clark

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| MICHAEL EUGENE FRANK | MARK ANDREW BURZYNSKI | FRED CARTER OLSON M.D. |
| 1. (Printed Name) | 2. (Printed Name) | 3. (Printed Name) |
| President & CEO | Treasurer & CFO | EVP Internal Operations & Chief Medical Officer |
| (Title) | (Title) | (Title) |

Subscribed and sworn to before me
This _____ day of _____

a. Is this an original filing?  Yes [ X ]  No [ ]
b. If no:  1. State the amendment number
          2. Date filed
          3. Number of pages attached

## ASSETS

| | Current Statement Date | | | 4 |
|---|---|---|---|---|
| | 1<br>Assets | 2<br>Nonadmitted<br>Assets | 3<br>Net Admitted<br>Assets<br>(Cols. 1 - 2) | December 31<br>Prior Year Net<br>Admitted Assets |
| 1. Bonds | 76,494,344 | | 76,494,344 | 74,164,435 |
| 2. Stocks: | | | | |
|    2.1 Preferred stocks | | | 0 | |
|    2.2 Common stocks | 108,959,423 | 1,512,336 | 107,447,087 | 102,420,200 |
| 3. Mortgage loans on real estate: | | | | |
|    3.1 First liens | | | 0 | |
|    3.2 Other than first liens | | | 0 | |
| 4. Real estate: | | | | |
|    4.1 Properties occupied by the company (less $........0 encumbrances) | 6,014,207 | | 6,014,207 | 6,649,952 |
|    4.2 Properties held for the production of income (less $........0 encumbrances) | 3,386,376 | | 3,386,376 | 3,426,538 |
|    4.3 Properties held for sale (less $........0 encumbrances) | 492,181 | | 492,181 | |
| 5. Cash ($....1,560,940), cash equivalents ($........0) and short-term investments ($....12,901,866) | 14,462,806 | | 14,462,806 | 11,074,624 |
| 6. Contract loans (including $........0 premium notes) | | | 0 | |
| 7. Derivatives | | | 0 | |
| 8. Other invested assets | 15,141,886 | | 15,141,886 | 15,090,615 |
| 9. Receivables for securities | | | 0 | |
| 10. Securities lending reinvested collateral assets | | | 0 | |
| 11. Aggregate write-ins for invested assets | 0 | 0 | 0 | 0 |
| 12. Subtotals, cash and invested assets (Lines 1 to 11) | 224,951,224 | 1,512,336 | 223,438,888 | 212,826,363 |
| 13. Title plants less $........0 charged off (for Title insurers only) | | | 0 | |
| 14. Investment income due and accrued | 985,167 | | 985,167 | 898,429 |
| 15. Premiums and considerations: | | | | |
|    15.1 Uncollected premiums and agents' balances in the course of collection | 18,264,007 | 124,927 | 18,139,080 | 17,026,996 |
|    15.2 Deferred premiums, agents' balances and installments booked but deferred and not yet due (including $........0 earned but unbilled premiums) | | | 0 | |
|    15.3 Accrued retrospective premiums | 80,769 | | 80,769 | 65,267 |
| 16. Reinsurance: | | | | |
|    16.1 Amounts recoverable from reinsurers | 250,434 | | 250,434 | 714,509 |
|    16.2 Funds held by or deposited with reinsured companies | | | 0 | |
|    16.3 Other amounts receivable under reinsurance contracts | 408,134 | 408,134 | 0 | 153,992 |
| 17. Amounts receivable relating to uninsured plans | 9,328,736 | 82,591 | 9,246,145 | 12,791,802 |
| 18.1 Current federal and foreign income tax recoverable and interest thereon | 4,096,774 | | 4,096,774 | 3,380,480 |
| 18.2 Net deferred tax asset | 6,380,787 | 3,391,564 | 2,989,223 | 2,989,223 |
| 19. Guaranty funds receivable or on deposit | | | 0 | |
| 20. Electronic data processing equipment and software | 8,251,076 | 7,522,366 | 728,709 | 788,193 |
| 21. Furniture and equipment, including health care delivery assets ($........0) | 1,930,530 | 1,930,530 | 0 | |
| 22. Net adjustment in assets and liabilities due to foreign exchange rates | | | 0 | |
| 23. Receivables from parent, subsidiaries and affiliates | 330,313 | | 330,313 | 381,166 |
| 24. Health care ($....7,049,012) and other amounts receivable | 10,760,991 | 1,099,334 | 9,661,657 | 9,277,169 |
| 25. Aggregate write-ins for other than invested assets | 56,621,132 | 41,643,677 | 14,977,455 | 14,680,586 |
| 26. Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 12 through 25) | 342,640,073 | 57,715,458 | 284,924,615 | 275,974,175 |
| 27. From Separate Accounts, Segregated Accounts and Protected Cell Accounts | | | 0 | |
| 28. Total (Lines 26 and 27) | 342,640,073 | 57,715,458 | 284,924,615 | 275,974,175 |
| **DETAILS OF WRITE-INS** | | | | |
| 1101. | | | 0 | |
| 1102. | | | 0 | |
| 1103. | | | 0 | |
| 1198. Summary of remaining write-ins for Line 11 from overflow page | 0 | 0 | 0 | 0 |
| 1199. Totals (Lines 1101 thru 1103 plus 1198) (Line 11 above) | 0 | 0 | 0 | 0 |
| 2501. Prepaid Expenses | 15,859,038 | 15,859,038 | 0 | |
| 2502. Intangible Pension Assets | 436,873 | 436,873 | 0 | |
| 2503. Cash Surrender Value of Life Insurance Contracts | 14,952,455 | | 14,952,455 | 14,655,586 |
| 2598. Summary of remaining write-ins for Line 25 from overflow page | 25,372,765 | 25,347,765 | 25,000 | 25,000 |
| 2599. Totals (Lines 2501 thru 2503 plus 2598) (Line 25 above) | 56,621,132 | 41,643,677 | 14,977,455 | 14,680,586 |

# LIABILITIES, CAPITAL AND SURPLUS

|  | Current Period | | | Prior Year |
|---|---|---|---|---|
|  | 1 Covered | 2 Uncovered | 3 Total | 4 Total |
| 1. Claims unpaid (less $........0 reinsurance ceded) | 56,439,561 |  | 56,439,561 | 59,982,665 |
| 2. Accrued medical incentive pool and bonus amounts |  |  | 0 |  |
| 3. Unpaid claims adjustment expenses | 1,728,800 |  | 1,728,800 | 1,728,800 |
| 4. Aggregate health policy reserves, including the liability of $........0 for medical loss ratio rebate per the Public Health Service Act | 1,445,611 |  | 1,445,611 | 1,916,553 |
| 5. Aggregate life policy reserves |  |  | 0 |  |
| 6. Property/casualty unearned premium reserve |  |  | 0 |  |
| 7. Aggregate health claim reserves | 5,520,000 |  | 5,520,000 |  |
| 8. Premiums received in advance | 18,806,752 |  | 18,806,752 | 14,247,409 |
| 9. General expenses due or accrued | 50,539,618 |  | 50,539,618 | 56,146,833 |
| 10.1 Current federal and foreign income tax payable and interest thereon (including $........0 on realized gains (losses)) |  |  | 0 |  |
| 10.2 Net deferred tax liability |  |  | 0 |  |
| 11. Ceded reinsurance premiums payable | 422,057 |  | 422,057 | 763,614 |
| 12. Amounts withheld or retained for the account of others | 741,103 |  | 741,103 |  |
| 13. Remittances and items not allocated | 6,774,282 |  | 6,774,282 | 3,901,502 |
| 14. Borrowed money (including $........0 current) and interest thereon $........0 (including $........0 current) |  |  | 0 |  |
| 15. Amounts due to parent, subsidiaries and affiliates | 649,136 |  | 649,136 | 535,665 |
| 16. Derivatives |  |  | 0 |  |
| 17. Payable for securities |  |  | 0 |  |
| 18. Payable for securities lending |  |  | 0 |  |
| 19. Funds held under reinsurance treaties with ($........0 authorized reinsurers and $........0 unauthorized reinsurers) |  |  | 0 |  |
| 20. Reinsurance in unauthorized companies |  |  | 0 |  |
| 21. Net adjustments in assets and liabilities due to foreign exchange rates |  |  | 0 |  |
| 22. Liability for amounts held under uninsured plans | 1,054,848 |  | 1,054,848 | 1,104,942 |
| 23. Aggregate write-ins for other liabilities (including $........0 current) | 25,910,423 | 0 | 25,910,423 | 4,870,000 |
| 24. Total liabilities (Lines 1 to 23) | 170,032,193 | 0 | 170,032,193 | 145,197,984 |
| 25. Aggregate write-ins for special surplus funds | XXX | XXX | 0 | 0 |
| 26. Common capital stock | XXX | XXX |  |  |
| 27. Preferred capital stock | XXX | XXX |  |  |
| 28. Gross paid in and contributed surplus | XXX | XXX |  |  |
| 29. Surplus notes | XXX | XXX |  |  |
| 30. Aggregate write-ins for other than special surplus funds | XXX | XXX | 0 | 0 |
| 31. Unassigned funds (surplus) | XXX | XXX | 114,892,422 | 130,776,185 |
| 32. Less treasury stock, at cost: |  |  |  |  |
| 32.1 ....0.000 shares common (value included in Line 26 $........0) | XXX | XXX |  |  |
| 32.2 ....0.000 shares preferred (value included in Line 27 $........0) | XXX | XXX |  |  |
| 33. Total capital and surplus (Lines 25 to 31 minus Line 32) | XXX | XXX | 114,892,422 | 130,776,185 |
| 34. Total liabilities, capital and surplus (Lines 24 and 33) | XXX | XXX | 284,924,615 | 275,974,169 |
| **DETAILS OF WRITE-INS** | | | | |
| 2301. PROVISION FOR LOSS CONTINGENCIES | 4,870,000 |  | 4,870,000 | 4,870,000 |
| 2302. NOTES PAYABLE |  |  | 0 |  |
| 2303. ABANDONED PROPERTY UNCASHED CHECKS | 423 |  | 423 |  |
| 2398. Summary of remaining write-ins for Line 23 from overflow page | 21,040,000 | 0 | 21,040,000 | 0 |
| 2399. Totals (Lines 2301 thru 2303 plus 2398) (Line 23 above) | 25,910,423 | 0 | 25,910,423 | 4,870,000 |
| 2501. |  |  |  |  |
| 2502. |  |  |  |  |
| 2503. |  |  |  |  |
| 2598. Summary of remaining write-ins for Line 25 from overflow page | XXX | XXX | 0 | 0 |
| 2599. Totals (Lines 2501 thru 2503 plus 2598) (Line 25 above) | XXX | XXX | 0 | 0 |
| 3001. |  |  |  |  |
| 3002. |  |  |  |  |
| 3003. |  |  |  |  |
| 3098. Summary of remaining write-ins for Line 30 from overflow page | XXX | XXX | 0 | 0 |
| 3099. Totals (Lines 3001 thru 3003 plus 3098) (Line 30 above) | XXX | XXX | 0 | 0 |

# Overflow Page for Write-Ins

**Additional Write-Ins for Assets:**

| | Current Statement Data | | | 4 |
|---|---|---|---|---|
| | 1<br>Assets | 2<br>Nonadmitted Assets | 3<br>Net Admitted Assets (Cols. 1 - 2) | December 31,<br>Prior Year Net Admitted Assets |
| 2504. Employee Advances and Automobiles | 91,786 | 91,786 | 0 | |
| 2505. Notes Receivable | 51,813 | 51,813 | (0) | |
| 2506. Other Misc Assets | 25,000 | | 25,000 | 25,000 |
| 2507. Intangible Assets | 25,204,167 | 25,204,167 | 0 | |
| 2597. Summary of remaining write-ins for Line 25 | 25,372,765 | 25,347,765 | 25,000 | 25,000 |

**Additional Write-Ins for Liabilities:**

| | Current Period | | | Prior Year |
|---|---|---|---|---|
| | 1<br>Covered | 2<br>Uncovered | 3<br>Total | 4<br>Total |
| 2304. INTANGIBLE LIABILITY | 21,040,000 | | 21,040,000 | |
| 2397. Summary of remaining write-ins for Line 23 | 21,040,000 | 0 | 21,040,000 | 0 |