John M. Morrison
MORRISON, SHERWOOD, WILSON & DEOLA PLLP
401 North Last Chance Gulch, PO Box 557
Helena, MT 59601
Tel:     (406) 442-3261
Fax:    (406) 443-7294
john@mswdlaw.com

John L. Amsden
Michael G. Black
BECK, AMSDEN & STALPES PLLC
1946 Stadium Drive, Suite 1
Bozeman, MT 59715
Tel:     (406) 586-8700
Fax:    (406) 586-8960
amsden@becklawyers.com
mike@becklawyers.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| VICKY BYRD, JENNIFER TANNER, LINDA LARSEN, AUDREY TURNER, PAUL LEE, BRANDI BRETH, KATE HOULIHAN, BARB MOSER.<br><br>Plaintiffs,<br><br>v.<br><br>ST. PETERS REGIONAL HEALTH SERVICES, BOZEMAN HEALTH DEACONESS HOSPITAL, NORTHERN MONTANA HOSPITAL, RCHP BILLINGS-MISSOULA LLC, CMC MISSOULA INC., BILLINGS CLINIC,<br><br>Defendants. | Cause No. 4:17-cv-00141-BMM<br><br>**STATEMENT OF STIPULATED FACTS** |

Pursuant to Local Rule 16.2(b)(3), Plaintiffs submit the following Statement of Stipulated Facts to which all parties agree:

1. Defendant Northern Montana Hospital entered into an agreement with Blue Cross/Blue Shield of Montana, Inc. and the agreement included certain provisions that commenced on January 1, 2012.

2. Defendant St. Peter's Health entered into an agreement with Blue Cross/Blue Shield of Montana, Inc. and the agreement commenced on January 1, 2012.

3. Defendant RCHP Billings-Missoula, LLC is a Delaware limited liability company doing business since January 2015, as Community Medical Center in Missoula County, Montana.

4. Defendant Billings Clinic entered into an agreement with Blue Cross/Blue Shield of Montana, Inc. and the agreement included certain provisions that commenced on January 1, 2012.

Pursuant to the Court's Local Rules, the parties whose signature lines appear in this document have consented to its filing.

DATED this 25th day of July 2018.

SUBMITTED BY:

/s/ Michael G. Black
BECK AMSDEN & STALPES, PLLC
1946 Stadium Drive, Suite 1
Bozeman, MT 59715


/s/ John M. Morrison
MORRISON, SHERWOOD, WILSON & DEOLA PLLP
401 North Last Chance Gulch, PO Box 557
Helena, MT 59601

*Attorneys for Plaintiffs*


/s/ Ian McIntosh
CROWLEY FLECK
1915 South 19th Avenue, PO Box 10969
Bozeman, MT 59719-0969

*Attorneys for Defendant Bozeman Deaconess Health Services*


/s/ Mikel L. Moore
MOORE, COCKRELL, GOICOECHEA & JOHNSON, P.C.
145 Commons Loop, Suite 200
PO Box 7370
Kalispell, MT 59904-0370

*Attorneys for Defendant Community Medical Center*

/s/ David M. McLean
McLEAN & ASSOCIATES, PLLC
3301 Great Northern Ave., Suite 203
Missoula, MT 59808

*Attorneys for Defendant St. Peter's Health*


/s/ Gary M. Zadick
UGRIN ALEXANDER ZADICK, P.C.
#2 Railroad Square, Suite B
PO Box 1746
Great Falls, MT 59403

*Attorneys for Defendant Northern Montana Hospital*


/s/ Shane P. Coleman
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
Billings, MT 59101

*Attorneys for Defendant Billings Clinic*