# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| VICKY BYRD, JENNIFER TANNER, LINDA LARSEN, AUDREY TURNER, PAUL LEE, BRANDI BRETH, KATE HOULIHAN, BARB MOSER,<br><br>            Plaintiffs,<br><br>vs.<br><br>ST. PETERS REGIONAL HEALTH SERVICES, BOZEMAN HEALTH DEACONESS HOSPITAL, NORTHERN MONTANA HOSPITAL, RCHP BILLINGS–MISSOULA, LLC, CMC MISSOULA INC., BILLINGS CLINIC,<br><br>            Defendants. | CV-17-141-GF-BMM<br><br>**ORDER** |

Plaintiffs filed an Amended Complaint on July 11, 2018. (Doc. 58).

Accordingly, IT IS ORDERED:

1.     Defendant Northern Montana Hospital's Motion for Judgment on the Pleadings (Doc. 14) is DENIED as moot.

2.     Defendant St. Peter's Health's Motion to Dismiss Complaint (Doc. 16) is DENIED as moot.

3.     Defendant RCHP Billings–Missoula, LLC's d/b/a Community

Medical Center's Motion for Judgment on the Pleadings (Doc. 23) is DENIED as moot.

    4.    Defendant Bozeman Health's Motion to Dismiss Complaint (Doc. 26) is DENIED as moot.

DATED this 31st day of July, 2018.

Brian Morris
United States District Court Judge