# EXHIBIT F

# CONTRACT

between

# MONTANA NURSES ASSOCIATION CMC LOCAL UNIT

and

# COMMUNITY MEDICAL CENTER, INC.

February 1, 2010 – January 31, 2013

| FTE | Minimum Hours Required |
|---|---|
| 1.0 | 80 |
| .8 | 64 |
| .6 | 48 |
| .4 | 32 |

E. The maximum number of Personal Allowable Leave (PAL) Hours that can be exchanged per calendar year is eighty (80) hours.

F. The Personal Allowable Leave (PAL) Hours Exchange Request Form must be used. Requests must be accurately and completely filled out by the RN in accordance with required minimums and maximums.

## ARTICLE XIX. HEALTH AND MEDICAL CENTER HOSPITALIZATION INSURANCE

1. Effective January 1, 2007, within thirty (30) days of continuous full time employment, Community Medical Center will provide Five Hundred Ninety three Dollars ($593) Benefit Credits per month to apply toward Healthy Options (Cafeteria Plan) Benefits based on individual RN participation and eligibility. Benefit Credits for part-time RNs are pro-rated.

2. At least one (1) plan option will be provided for which the single plan employee rate shall not exceed the Cafeteria Plan Contribution Rate. It is acknowledged that this option may provide reduced coverage and/or increased deductibles or co-pays.

3. Benefit Credits may be applied to the following Healthy Options: Medical/Preventive Dental/Vision, Flexible Spending Accounts (Medical/Dependent Care), and the following premium Buy-Up Options; Premium Dental, Group Universal Life, Long-Term Disability/Individual Policy, & Long-Term Care.

4. At the time of employment and annually thereafter, all employees will be required to have a Tuberculosis (TB) survey or Chest X-Ray.

5. The Medical Center invites employees to attend the Annual Benefits and Wellness Fair. The Fair provides an opportunity to gain knowledge about the benefits, as well as self, through a number of Wellness Screens. It is an opportunity, on a voluntary basis, to access the lab services provided as the Employee Wellness Screen Benefit. The Medical Center provides one (1) complete laboratory profile each year, offered at no cost (currently valued at two hundred seventeen and

IN WITNESS WHEREOF, the parties have hereunto set their hands on the day and year first herein above written.

**COMMUNITY MEDICAL CENTER**

Date: 8-18-10

STEPHEN CARLSON — President and CEO

**COMMUNITY MEDICAL CENTER LOCAL UNIT, MONTANA NURSES ASSOCIATION**

Date: 8-9-10

MONICA BROOKE — Chair, Local Unit

Date: 8-9-10

MARIA GURRERI — Secretary, Local Unit

Date: 8-25-10

WILLIAM SMITH — MNA