Robert J. Phillips
Nicholas J. Lofing
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
rjphillips@garlington.com
njlofing@garlington.com

Attorneys for Defendants CMC Missoula, Inc.
    and RCHP Billings-Missoula, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| AUDREY TURNER, VICKY BYRD, JENNIFER TANNER, LINDA LARSEN, PAUL LEE, BRANDI BRETH, KATE HOULIHAN and BARB MOSER,<br><br>  Plaintiffs,<br><br>v.<br><br>NORTHERN MONTANA HOSPITAL, a Montana Nonprofit Corporation, ST. PETER'S HOSPITAL, a Montana Nonprofit Corporation, BOZEMAN DEACONESS HEALTH SERVICES, a Montana Nonprofit Corporation, RCHP BILLINGS-MISSOULA, LLC, a Delaware Limited Liability Company, CMC MISSOULA, INC., a Montana Nonprofit Corporation, and BILLINGS CLINIC, a Montana Nonprofit Corporation,<br><br>  Defendants. | Case No.  CV-17-141-GF-BMM<br><br><br><br><br>FOUNDATIONAL DECLARATION OF ROBERT J. PHILLIPS IN SUPPORT OF DEFENDANT CMC MISSOULA, INC'S RESPONSE TO PLAINITFFS' MOTION TO COMPEL |

2698022                                     1

I, Robert J. Phillips, declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct:

1. I am an attorney with Garlington, Lohn & Robinson, PLLP, who represents Defendant CMC Missoula, Inc., in the above captioned matter. I have personal knowledge of the information set forth herein.

2. I provide this Foundational Declaration for the limited purpose of authenticating evidence submitted in support of Defendant CMC Missoula, Inc.'s Response to Plaintiffs' Motion to Compel Discovery and Produce Privileged Documents Withheld Pursuant to a Privilege Log, dated February 18, 2019.

3. Attached as **Exhibit 1** is a true and correct copy of an email from Nicholas J. Lofing to John Amsden dated February 15, 2019.

4. Attached as **Exhibit 2** is a true and correct copy of an email from Nicholas J. Lofing to John Amsden dated February 15, 2019.

5. Attached as **Exhibit 3** is a true and correct copy of an email from Nicholas J. Lofing to attorney John Amsden dated February 15, 2019.

6. Attached as **Exhibit 4** is a true and correct copy of an email from Nicholas J. Lofing to attorney John Amsden dated January 30, 2010.

7. Attached as **Exhibit 5** is a true and correct copy of portions of CMC Missoula, Inc.'s Responses to Plaintiffs' Second Discovery Requests, dated February 5, 2019.

DATED this 4th day of March, 2019.

By /s/ Robert J. Phillips
Robert J. Phillips

2698022

3