# EXHIBIT 2

**From:** Nick J. Lofing
**To:** John Amsden
**Cc:** Robert J. Phillips
**Subject:** RE: Turner v. Northern Montana Hospital Cause No. CV-17-141-GF-BMM
**Date:** Friday, February 15, 2019 3:23:23 PM

Thanks John. I will be in Park County on Monday to meet/prepare witness for the hearing there, which starts T-Th. I will have email access in the evenings. As I said in my letter, I'm glad to meet with you on that trip, though I don't think it's necessary. Our accountant's counsel was not immediately sure of the extension timeline, but the amended subpoena gives a return date of Feb. 20. We cannot make that timeframe work.

Regards,
Nick

**From:** John Amsden <Amsden@becklawyers.com>
**Sent:** Friday, February 15, 2019 3:17 PM
**To:** Nick J. Lofing <njlofing@GARLINGTON.COM>
**Cc:** L. Mike Wilson <lmwilson@GARLINGTON.COM>; Robert J. Phillips <rjphillips@GARLINGTON.COM>; Mike Black <mike@becklawyers.com>; john@mswdlaw.com; Rhonda A. Dursma <radursma@GARLINGTON.COM>
**Subject:** Re: Turner v. Northern Montana Hospital Cause No. CV-17-141-GF-BMM

Nick, I will have to check my files at my office. I will get back to you Monday, which is otherwise a holiday.

John

Get Outlook for Android


On Fri, Feb 15, 2019 at 2:45 PM -0700, "Nick J. Lofing" <njlofing@GARLINGTON.COM> wrote:

> I'm asking for two weeks from the 20th, which is in early March. Is that within the agreed extension? I'm in a hearing Monday – Thursday of next week and Bob is out of the county. We would greatly appreciate it.
> Thanks
> Nick
>
> **From:** John Amsden <Amsden@becklawyers.com>
> **Sent:** Friday, February 15, 2019 2:43 PM
> **To:** Nick J. Lofing <njlofing@GARLINGTON.COM>
> **Cc:** L. Mike Wilson <lmwilson@GARLINGTON.COM>; Robert J. Phillips <rjphillips@GARLINGTON.COM>; Mike Black <mike@becklawyers.com>; john@mswdlaw.com; Rhonda A. Dursma <radursma@GARLINGTON.COM>
> **Subject:** Re: Turner v. Northern Montana Hospital Cause No. CV-17-141-GF-BMM

I already granted an extension to the accountants.

Get Outlook for Android

---

On Fri, Feb 15, 2019 at 2:39 PM -0700, "Nick J. Lofing" <njlofing@GARLINGTON.COM> wrote:

> Dear John –
>
> Do you have a quick few minutes for a phone call this afternoon? I need to know whether you will agree to extend the deadline on the subpoena to our accountant, as requested in my letter to you. There's a great deal of documents that I'm working with them on, many of which are not responsive. I need more time.
>
> Also, I wanted to supplement my letter of yesterday. I have written confirmation that Mr. Aoun's law firm represented my client. I will try to get you a copy of that as soon as possible. Meanwhile, we object to your subpoena of our client's records from Mr. Aoun which are covered by the attorney client privilege.
>
> Let me know if you have time to talk this afternoon, please.
>
> Regards,
> Nick
>
> ---
>
> **From:** Rhonda A. Dursma <radursma@GARLINGTON.COM>
> **Sent:** Thursday, February 14, 2019 2:05 PM
> **To:** amsden@becklawyers.com
> **Cc:** Nick J. Lofing <njlofing@GARLINGTON.COM>; L. Mike Wilson <lmwilson@GARLINGTON.COM>; Robert J. Phillips <rjphillips@GARLINGTON.COM>; mike@becklawyers.com; john@mswdlaw.com
> **Subject:** Turner v. Northern Montana Hospital Cause No. CV-17-141-GF-BMM
>
> Attached is a letter from Nick Lofing in the above-mentioned case.  Hard copies will be mailed to designated parties.  If you have any questions, please contact our office.
>
> *Thank you,*
>
> *Rhonda Dursma*
> Assistant to Nicholas "Nick" Lofing
> Direct Line:  406-523-2568
> E-mail:  radursma@garlington.com
>
> garlington|lohn|robinson
> A Professional Limited Liability Partnership

Attorneys at Law Since 1870

PO Box 7909 (350 Ryman Street)
Missoula, MT 59807-7909
Phone: (406) 523-2500, Fax: (406) 523-2595

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONFIDENTIALITY:** The information contained in this e-mail message may be privileged and confidential information intended only for the use of the individual or entity named above. If you have received this communication in error, please notify us immediately by e-mail or telephone and delete the original message from your computer.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Ex. 2 - 3