IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| AUDREY TURNER, VICKY BYRD, JENNIFER TANNER, LINDA LARSEN, PAUL LEE, BRANDI BRETH, KATE HOULIHAN and BARB MOSER,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN MONTANA HOSPITAL, a Montana Nonprofit Corporation, ST. PETER'S HOSPITAL, a Montana Nonprofit Corporation, BOZEMAN DEACONESS HEALTH SERVICES, a Montana Nonprofit Corporation, RCHP BILLINGS-MISSOULA, LLC, d/b/a COMMUNITY MEDICAL CENTER, a Delaware Limited Liability Corporation, and BILLINGS CLINIC, a Montana Nonprofit Corporation,<br><br>Defendants. | CV-17-141-BMM<br><br>**ORDER** |

Upon unopposed motion of Defendant Bozeman Deaconess Health Services, (Doc. 148) and in accordance with the Court's Stipulated Protective Order (Doc. 61), and good cause appearing:

IT IS HEREBY ORDERED that Bozeman Health's Unopposed Motion to Seal Confidential Documents is GRANTED.

The Clerk of Court is directed to seal the following documents and remove them from the public docket: Docs. 132-1 and Doc. 132-3. Plaintiff will re-file Docs. 132-1 with pages 16-45, 78-179 and 194-238 redacted and 132-2 with pages 1-15 redacted, linking these documents to Doc. 132.

DATED this  25th  day of June, 2019.

                                                Brian M. Morris
                                                United States District Judge