IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| AUDREY TURNER, VICKY BYRD, JENNIFER TANNER, LINDA LARSEN, PAUL LEE, BRANDI BRETH, KATE HOULIHAN, BARB MOSER,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHERN MONTANA HOSPITAL, a Montana Nonprofit Corporation, ST. PETER'S HOSPITAL, a Montana Nonprofit Corporation, BOZEMAN DEACONESS HEALTH SERVICES, a Montana Nonprofit Corporation,  RCHP BILLINGS—MISSOULA LLC, a Delaware Limited Liability Company, CMC MISSOULA INC., a Montana Nonprofit Corporation, and BILLINGS CLINIC, a Montana Nonprofit Corporation,<br>　　　　Defendants. | CAUSE NO. CV-17-141-GF-BMM<br><br>ORDER |

Plaintiffs have filed an unopposed motion to file a combined reply brief containing a combined limit of 6,500 words (Doc. 166). The Court having considered Plaintiffs' motion and good cause appearing therefrom,

IT IS HEREBY ORDERED that Plaintiffs' unopposed motion is GRANTED.

DATED this 18th day of July 2019.

_____
Brian Morris
United States District Court Judge