IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| AUDREY TURNER, VICKY BYRD, JENNIFER TANNER, LINDA LARSEN, PAUL LEE, BRANDI BRETH, KATE HOULIHAN and BARB MOSER,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN MONTANA HOSPITAL, a Montana Nonprofit Corporation, ST. PETER'S HOSPITAL, a Montana Nonprofit Corporation, BOZEMAN DEACONESS HEALTH SERVICES, a Montana Nonprofit Corporation, RCHP BILLINGS-MISSOULA, LLC, d/b/a COMMUNITY MEDICAL CENTER, a Delaware Limited Liability Corporation, and BILLINGS CLINIC, a Montana Nonprofit Corporation,<br><br>Defendants. | CV-17-141-BMM<br><br>**ORDER** |

Upon unopposed motion of Defendant Bozeman Deaconess Health Services, and good cause appearing:

IT IS HEREBY ORDERED that Bozeman Health's Unopposed Motion to Seal Doc. 197-1 is GRANTED.

The Clerk of Court is directed to seal and remove Doc. 197-1 from the public docket.

DATED this 29th day of October, 2019.

_____
Brian Morris
United States District Court Judge