IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| AUDREY TURNER, VICKY BYRD, JENNIFER TANNER, LINDA LARSEN, PAUL LEE, BRANDI BRETH, KATE HOULIHAN, BARB MOSER,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>NORTHERN MONTANA HOSPITAL, a Montana Nonprofit Corporation, ST. PETER'S HOSPITAL, a Montana Nonprofit Corporation, BOZEMAN DEACONESS HEALTH SERVICES, a Montana Nonprofit Corporation, RCHP BILLINGS—MISSOULA LLC, a Delaware Limited Liability Company, CMC MISSOULA INC., a Montana Nonprofit Corporation, and BILLINGS CLINIC, a Montana Nonprofit Corporation,<br><br>　　Defendants. | CV-17-141-GF-BMM<br><br>Order |

**IT IS HEREBY ORDERED** that all parties shall submit either a joint status report on the next step in this litigation or a stipulated dismissal or other document which would end this litigation. The parties shall submit this document by January 17, 2020.

1

DATED this 31st day of December, 2019.

Brian Morris
United States District Court Judge