IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| AUDREY TURNER, VICKY BYRD, JENNIFER TANNER, LINDA LARSEN, PAUL LEE, BRANDI BRETH, KATE HOULIHAN, BARB MOSER,<br>          Plaintiffs,<br><br>v.<br><br>NORTHERN MONTANA HOSPITAL, a Montana Nonprofit Corporation, ST. PETER'S HOSPITAL, a Montana Nonprofit Corporation, BOZEMAN DEACONESS HEALTH SERVICES, a Montana Nonprofit Corporation,  RCHP BILLINGS—MISSOULA LLC, a Delaware Limited Liability Company, CMC MISSOULA INC., a Montana Nonprofit Corporation, and BILLINGS CLINIC, a Montana Nonprofit Corporation,<br>          Defendants. | CAUSE NO. CV-17-141-GF-BMM<br><br><br>**ORDER ESTABLISHING QUALIFIED SETTLEMENT FUND** |

The Court, having reviewed the submissions of the parties, and finding good cause to do so, HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

1. The Court approves the establishment of the Petitioner Qualified Settlement Fund (the "Petitioner QSF") in connection with the General Release and Settlement Agreements approved by and filed with this Court (Doc. 207)

2. The Court also approves the Trust Agreement (the "Trust") that is to govern the administration and Petitioner QSF attached as Exhibit 1 to Petitioner's

APPLICATION FOR ORDER APPROVING THE ESTABLISHMENT OF A QUALIFIED SETTLEMENT FUND.

3. The Trust is established for the benefit of the Beneficiaries listed in the Trust and to resolve or satisfy the claims, actions, and lawsuits of such Beneficiaries against all Releasees identified in the General Release and Settlement Agreements mentioned in Paragraph 1. The Releasees are identified as the "Transferors" in the Trust.

4. The terms of the Petitioner QSF shall be carried out immediately.

5. The Petitioner QSF shall be governed by the terms set forth in Exhibit 1 to Petitioner's APPLICATION FOR ORDER APPROVING THE ESTABLISHMENT OF A QUALIFIED SETTLEMENT FUND, Internal Revenue Code Section 468B, and Treasury Regulation Sections 1.468B-1 through 1.468B-5.

DATED this 14th day of February, 2020.

_____
Brian Morris
United States District Court Judge