IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| AUDREY TURNER, VICKY BYRD, JENNIFER TANNER, LINDA LARSEN, PAUL LEE, BRANDI BRETH, KATE HOULIHAN, BARB MOSER,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN MONTANA HOSPITAL, a Montana Nonprofit Corporation, ST. PETER'S HOSPITAL, a Montana Nonprofit Corporation, BOZEMAN DEACONESS HEALTH SERVICES, a Montana Nonprofit Corporation, RCHP BILLINGS—MISSOULA LLC, a Delaware Limited Liability Company, CMC MISSOULA INC., a Montana Nonprofit Corporation, and BILLINGS CLINIC, a Montana Nonprofit Corporation,<br><br>Defendants. | CV-17-141-GF-BMM<br><br>ORDER |

Pursuant to the Stipulation For Dismissal (Doc. 214) and good cause appearing therefor, **IT IS HEREBY ORDERED** that the above-entitled cause is hereby dismissed with prejudice. All parties will bear their own attorney fees and costs except as set forth in the approved settlement agreements. (*See* Docs. 188, 188-1, 207 at 7-71/71.) The following orders shall remain in effect: October 17, 2019, order appointing Ross Richardson to serve as a limited-scope replacement

1

fiduciary for purposes of pursuing Travelers' insurance coverage (Doc. 195); December 18, 2019, Bar Order (Doc. 207); and order establishing Qualified Settlement Fund (Doc. 213).

DATED this 18th day of February, 2020.

/s/ Brian Morris
Brian Morris
United States District Court Judge