IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| AUDREY TURNER, VICKY BYRD, JENNIFER TANNER, LINDA LARSEN, PAUL LEE, BRANDI BRETH, KATE HOULIHAN, BARB MOSER,<br><br>        Plaintiffs,<br><br><br><br>        v.<br><br><br><br>NORTHERN MONTANA HOSPITAL, a Montana Nonprofit Corporation, ST. PETER'S HOSPITAL, a Montana Nonprofit Corporation, BOZEMAN DEACONESS HEALTH SERVICES, a Montana Nonprofit Corporation, RCHP BILLINGS—MISSOULA LLC, a Delaware Limited Liability Company, CMC MISSOULA INC., a Montana Nonprofit Corporation, and BILLINGS CLINIC, a Montana Nonprofit Corporation,<br><br>        Defendants. | CAUSE NO. CV-17-141-GF-BMM<br><br><br><br><br><br>**ORDER APPROVING DISTRIBUTION PROCESS** |

The Court, having reviewed the Petition for Proposed Distribution ("**Petition**"), filed by

the Trustee of the Hospital Employees' Qualified Settlement Fund ("**QSF**"), HEREBY ORDERS,

ADJUDGES, AND DECREES AS FOLLOWS:

1. The Court approves the resolution and distribution process set forth by the QSF in the Petition for identifying and distributing QSF funds to known and unknown beneficiaries of Community Medical Center ("**CMC**").

2. The QSF shall simultaneously establish a process (such as a website) whereby persons who believe they were not reported as a CMC beneficiary, or were improperly reported, can make a claim for an award disbursement.

3. The QSF shall retain the right to make distributions to CMC beneficiaries within the Trustee's discretion.

4. The QSF is not required to provide any further notice except as outlined in the Petition to identify unknown beneficiaries of CMC.

Dated this 3rd day of May, 2022.


_____

Brian Morris, Chief District Judge
United States District Court

ORDER APPROVING DISTRIBUTION PROCESS - 2
4866-2785-1293.v1