IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| AUDREY TURNER, VICKY BYRD, JENNIFER TANNER, LINDA LARSEN, PAUL LEE, BRANDI BRETH, KATE HOULIHAN, BARB MOSER,<br><br>        Plaintiffs,<br><br>v.<br><br>NORTHERN MONTANA HOSPITAL, a Montana Nonprofit Corporation, ST. PETER'S HOSPITAL, a Montana Nonprofit Corporation, BOZEMAN DEACONESS HEALTH SERVICES, a Montana Nonprofit Corporation, RCHP BILLINGS—MISSOULA LLC, a Delaware Limited Liability Company, CMC MISSOULA INC., a Montana Nonprofit Corporation, and BILLINGS CLINIC, a Montana Nonprofit Corporation,<br><br>        Defendants. | CAUSE NO. CV-17-141-GF-BMM<br><br><br><br>**ORDER APPROVING FINAL DISTRIBUTIONS AND WINDING DOWN** |

      The Court, having reviewed the Petition for Final Distributions and Winding Down ("**Petition**"), filed by the Trustee of the Hospital Employees' Qualified Settlement Fund ("**QSF**"), HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

    1. The Court approves the distribution of the remaining QSF Trust funds to the Montana Justice Foundation, a Montana domestic non-profit corporation ("**MJF**") and the

Montana Nurses Association Foundation, a Montana public benefit corporation (**MNAF**).

2. Upon the completion of the distribution to MJF and MNAF, payment to all outstanding service providers, and the filing of the final tax return, the QSF shall be deemed completed and dismissed.

Dated this 4th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court